# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 173 WAL 2016

         Respondent        :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

         v.                  :

GEORGE F. ELY, JR.,             :

         Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.